IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 25-00107-01-CR-W-DGK |
| ) | |
| DONALD BENNETT, ) | |
| ) | |
| Defendant. ) | |

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

Defendant Donald Bennett appeared before me pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(b)(1)(J), and 28 U.S.C. § 636 and entered a plea of guilty pursuant to Fed.R.Crim.P. 11(c)(1)(B) to Counts One, Two, and Three of the Information charging him with violations of 18 U.S.C. §§ 371, 2314, and 2315, that is, conspiracy to transport and possess stolen property (Count One), 18 U.S.C. § 2314, that is, interstate transportation of stolen property (Count Two), and 18 U.S.C. § 1956(a)(1)(B)(i), that is, money laundering (Count Three). Defendant Bennett agreed to pay full restitution in a final amount to be determined by the Court, jointly and severally with any co-conspirators later sentenced for the same conduct.

I determined that the guilty plea is knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses. A record was made of the proceeding, and a transcript has been requested.

Based on the foregoing, it is

RECOMMENDED that defendant Donald Bennett's plea of guilty be accepted and that defendant Bennett be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. *See* 28 U.S.C. § 636(b)(1).

                                          */s/ Lajuana M. Counts*
                                          Lajuana M. Counts
                                          United States Magistrate Judge